**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000375
27-MAY-2014
08:44 AM**

NO. CAAP-14-0000375

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GOVERNMENT EMPLOYEES INSURANCE COMPANY and ANTHONY WOODY,
Plaintiffs-Appellees
v.
NATHAN AHHOY LEE,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-006785)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on January 15, 2014, Defendant-Appellant Nathan AhHoy Lee, pro se (Appellant) filed a notice of appeal that was filed in the appellate court on January 22, 2014;

(2) the record on appeal was filed on March 17, 2014, and the appellate clerk informed Appellant that the opening brief was due on April 28, 2014;

(3) Appellant did not file the opening brief;

(4) on May 5, 2014, the appellate clerk informed Appellant that:

(a) the time for filing the opening brief expired;

(b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on May 15, 2014 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 27, 2014.

Presiding Judge

Associate Judge

Associate Judge